SEALED

FILED IN OPEN COURT
ON 8-1-18 BG
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:18-CR-298-1FL(3)
NO. 5:18-CR-298-2FL(3)

| | |
|---|---|
| UNITED STATES OF AMERICA )<br><br>v. )<br><br>GUADALUPE ESPINOSA-PENA )<br>DENSLO ALLEN PAIGE ) | **I N D I C T M E N T** |

The Grand Jury charges that:

## COUNT ONE

On or about September 28, 2016, in the Eastern District of North Carolina, the defendants, GUADALUPE ESPINOSA-PENA and DENSLO ALLEN PAIGE, aiding and abetting each other, did knowingly make a false statement and claim that GUADALUPE ESPINOSA-PENA was a citizen of the United States in order to register to vote, in violation of Title 18, United States Code, Sections 1015(f) and 2.

[remainder of page intentionally left blank]

1

## COUNT TWO

On or about November 8, 2016, in the Eastern District of North Carolina, the defendant, GUADALUPE ESPINOSA-PENA, an alien, knowing he was not a United States citizen, did knowingly vote in an election held in part for the purpose of electing a candidate for the office of President, Vice President, and Member of the House of Representatives, in violation of Title 18, United States Code, Section 611(a).

A TRUE BILL

**REDACTED VERSION**
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

FOREPERSON

_7-31-18_

DATE

ROBERT J. HIGDON, JR.
United States Attorney

_Sebastian Kielmanovich_

BY: SEBASTIAN KIELMANOVICH
Assistant United States Attorney

2