UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION


UNITED STATES OF AMERICA,-  Docket No. 5:18-cr-298-FL-2
                           -
    Plaintiff,             -     New Bern, North Carolina
                           -     February 7, 2019
        v.                 -     Sentencing
                           -
DENSLO ALLEN PAIGE,        -
                           -
    Defendant.             -
--------------------------------

                 TRANSCRIPT OF SENTENCING HEARING
        BEFORE THE HONORABLE LOUISE WOOD FLANAGAN
               UNITED STATES DISTRICT JUDGE.

APPEARANCES:

For the Plaintiffs:  United States Attorneys' Office
                     By: Sebastian Kielmanovich
                     310 New Bern Avenue, Suite 800
                     Raleigh, NC 27601
                     (919) 856-4500

For the Defendant:   Federal Public Defender
                     By: James E. Todd, Jr.
                     150 Fayetteville St., Suite 450
                     Raleigh, NC 27611-5967
                     (919) 856-4236

Court Reporter:      Tracy L. McGurk, RMR, CRR
                     413 Middle St.
                     New Bern, NC 28560
                     (419) 392-6626



Proceedings recorded by mechanical stenography,
transcript produced by notereading.

(Commenced at 2:28 p.m.)

THE COURT: We'll take up Ms. Paige.

Are you Denslo Paige?

THE DEFENDANT: Not the pronunciation, but yes.

THE COURT: How do you pronounce your name?

THE DEFENDANT: Denslo. Denslo is my first name.

THE COURT: You're here because you aided and abetted voting by an alien.

THE DEFENDANT: Uh-huh.

THE COURT: This is the time I've set aside to sentence you.

THE DEFENDANT: Okay.

THE COURT: The offense conduct recites that there was someone named Espinosa-Pena who was determined to be a citizen and national of Mexico residing in this country as a legal permanent resident, and she applied for naturalization in 2008, but the application was declined --

THE DEFENDANT: Yes.

THE COURT: -- not once, but twice.

And in 2016 she dated and signed a North Carolina voter registration application form -- it's actually, I believe, a man.

The question, "Are you a citizen of the United States?" was left blank.

And then it goes on that he is interviewed by law enforcement at his residence in 2017, and you are present.

THE DEFENDANT: Yes.

THE COURT: And he said he completed the voter registration with your advice and aid and voted for the first time in the general election of 2016.

You made an unprotected statement that you were previously a volunteer seasonal poll worker who was paid a stipend and that you advised him: If you want your voice to be heard, you need to vote; and that you knew he was not a United States citizen, and you assisted him in completing the registration.

This is not your first contact with the criminal justice system. However, you find yourself in that favorable category of a I.

Your family background is given to me, your health, education, your employment history. I've reviewed all of this.

And the total offense level is a 4.

The advice I receive is a sentence of between zero to six months. You face up to a year in prison. Your behavior can be supervised for three

years.  The fine could be as much as $100,000, though the guidelines suggest a range of between $500 and $9,500.  And there's a $25 special assessment.

Mr. Kielmanovich, talk to me about your views of this case.

MR. KIELMANOVICH:  Yes, Your Honor.  First of all, we did file a motion for downward departure, 5K, based on the defendant's substantial assistance pursuant to the terms of the plea agreement.  She was debriefed. We had a meeting in which she explained the inner workings of the Board of Elections from her perspective based on her work.  And she helped us to learn about how the registration process works.  It's really as simple as in a polling station they have a help desk where there is a person who processes the voter registrations. And that in this particular case she admitted that she brought her boyfriend, Espinosa, she knew that he was not a U.S. citizen, and they left the box to the question, "Are you a U.S. citizen?" blank.  So it was blank as to "Yes;" it was blank as to "No."  And she stated that they even had a green card for Mr. Espinosa present.  And my understanding was that the help desk person saw that; and nonetheless, the form was taken, processed, and Mr. Espinosa was registered to vote.  And he, in fact, voted.  Which is shocking that it would

happen when question number one, the most important question on the form, the question that says, "If you say no, do not continue completing the form," was left blank, and it was processed.

But yet when the form was retrieved by Homeland Security, the box of "Yes" had been checked, which it appeared that it was checked by somebody after the form was submitted, and the only option is somebody that was employed or working or volunteering for the Board.

THE COURT: All right. She's working for the Board, right, at the time?

MR. KIELMANOVICH: She is.

THE COURT: What about using her position and abusing it and the trust that's placed in someone who has that position?

MR. KIELMANOVICH: Well, the factual scenario as we know it is that on that date in which all of this is happening, she's acting as a private citizen, not using any authority or access to anything that a normal private person would.

THE COURT: But should she be charged with a higher duty because of her involvement?

MR. KIELMANOVICH: We asked her, based on her prior experience with the Board, if -- how come she

thought that by bringing the form without checking the box would be appropriate?

THE COURT: And telling him if he wants his vote heard, if he wants to be heard, he must vote.

MR. KIELMANOVICH: Right.

THE COURT: And she knows it's illegal?

MR. KIELMANOVICH: Yes, she knows. And we asked her. And her answer was: I wanted to know what would happen.

THE COURT: Okay. Well, this is what happens.

MR. KIELMANOVICH: So in some respects when I was looking at the statements that she made in her cooperation, that was a concern about -- I mean, there was a conflict in my mind about why would she, with that knowledge, do that?

In the end, I believe that information was helpful to us because we now have an opportunity to kind of learn about how this particular transaction happened and how it was processed. But her conduct at the time was not honest, to put it generously, because she should have known better. And they were just trying to get away with it and see what would happen. And it did work because it was registered.

And again, the form was checked "Yes," but

after the fact. And I believe the statement she made is true that it was left blank, but somebody later checked it. So it's not just the defendant and Mr. Espinosa; there's yet a third person who had to have checked "Yes" after the fact; highly concerning, alarming, and the subject of our ongoing review.

THE COURT: Mr. Todd?

MR. TODD: Your Honor, I think, once again, there's an assumption that a volunteer poll worker --

THE COURT: She's paid.

MR. TODD: Yes. Well, it's a stipend. It's a seasonal thing.

There's an assumption that they're aware that someone that presents a legal permanent resident card cannot vote. There's an assumption that they know that it is not legal for that person to vote. And I think there we have a failure in training.

I've got the "General Election Day Manual" that's sent out to the volunteer poll workers. I gave a copy to Mr. Kielmanovich. I found one mention of U.S. citizenship as a substantive matter, and it's only on the very end where it says "Reasons for a voter challenge." And there's 11 there in small print. One of those is "Not a citizen."

The point is, once again, once you get to

the polling place, the citizenship question is not a prime issue. In this case Ms. Paige was not certain whether Mr. Espinosa could vote or not.

They have what's called at these places help desks. The people at the help desks, I don't know if they're full-time employees, but they're the ones that you go to when you have questions. So that's what Ms. Paige assumed would happen, that he would go to the help desk, and they would answer the question: Are you allowed to vote or not? And apparently that didn't happen.

Once again, Mr. Kielmanovich's own statement: Did the person who checked the box, did they think that a lawful permanent resident could vote? In which case, it's not intentional fraud; it's a mistake; a mistake based on failure to properly educate and train people that are processing these at the station.

And Ms. Paige was very forthcoming in terms of what her responsibilities were as a poll worker and what they weren't. She was not assigned to the help desk.

This manual basically handles logistics of the day: where to put the chairs, where to put the tables, how to deal with handicapped. It doesn't deal with the substantive issue, which should be the biggest,

boldest requirement hanging from all the billboards. It's not. But like I said, I think it's a failure in the system; in this case inadequate training and preparation of those people that are assigned to work at the polling places. So that would be my response to her actions in this case, Your Honor.

THE COURT: Do you want to be heard further on the sentence?

MR. TODD: I did want to also acknowledge that her daughter and two of her granddaughters are here.

Ms. Paige is working part-time at Wal-Mart. And she thankfully has worked hard her whole life at secretarial jobs and administrative jobs, now with Wal-Mart. She was able to purchase a home. And she just wants to be able to continue doing that, Your Honor.

Obviously we've had a lot of time together. We had a very extensive debriefing with Mr. Kielmanovich and the agents in which she explained her actions and her experience as a volunteer poll worker. And obviously it's a mistake that she made that will never happen again.

So we would ask for a similar sentence to Mr. Soifils. Her economic situation is a little better

than his. So if Your Honor were to consider a fine, I think that may be appropriate and may address what Your Honor sees as a distinction between the clients who are green card holders who mistakenly vote and Ms. Paige, who maybe should have known better, but I don't think you can say that she did know and she knowingly did something illegal. Should she have? Perhaps. That is conceded. And I think a fine will be able to take care of that additional measure of culpability.

Thank you, Your Honor.

THE COURT: Does your client wish to be heard?

THE DEFENDANT: Well, I am sorry that this happened. The reason it happened is because there was no training about whether or not legal aliens could vote -- never -- all of the elections I've ever worked. And I truly didn't know, being a U.S. citizen myself. And I said to him -- I wasn't saying: Go down there and see if you can vote. I wanted to find out if he could. I didn't know.

And the help desk responsibility, anything they don't know, they're supposed to call the help line. And none of that was ever done. Nothing went right that day.

And I thought because I went to the Board of

Elections headquarters that I would definitely find out, you know.

But it's a mistake on my part. I'm sorry for it. It will never happen again. That's all I can tell you. I know now.

THE COURT: Well, the Government's motion is allowed.

I think you could have gotten insight from many of the volunteers, not just from this individual, as you're looking for information, not simply unique to this case, but information of patterns and practices that many people could speak of.

But I recognize she has been helpful to you, and you seem to have a lot of reliance on her credibility to believe that the form was not checked. So I'll grant your motion.

Is there anything further?

MR. KIELMANOVICH: Just -- I know it's zero to six. We would recommend 25 percent. But zero is the bottom. I just wanted to put it on the record.

That's all, Your Honor.

THE COURT: Okay. Did your client want to continue? Did I interrupt her?

MR. TODD: No. Thank you, Your Honor.

THE COURT: I've considered the advice of

the guidelines specifically and generally and the factors set forth in 18, United States Code, Section 3553. I am cognizant of the Government's suggestion that 25 percent be taken off. I think that's an appropriate amount. I start in the middle of the guideline range, and I come to a sentence of two months imprisonment. That's a sentence that's sufficient but not greater than necessary to discourage this type of conduct, to promote respect for the law, to protect the integrity of our voting processes.

I'm going to impose a fine of $250 in this case. The fine is due immediately. I'm not going to put interest on the fine.

There's a $25 special assessment.

Your client can't break any law, possess a weapon or drugs illegally. If she does, she'll be in violation of the Court's judgment.

Anything further?

MR. TODD: Well, we would ask you to consider certainly that she self-report, Your Honor.

THE COURT: I think she's a good candidate for that. Sixty days' time.

MR. TODD: And also would you consider if that could be served by going weekends or something like that rather than the straight two months?

THE COURT: Straight two months.

MR. TODD: We would ask for the 60-day self-surrender.

THE COURT: All right. Sixty days allowed.

Anything further from the probation office?

THE PROBATION OFFICER: No, Your Honor.

THE COURT: All right. Mr. Todd, if you would come forward and collect the order of surrender.

And any conditions your client is under right now in terms of her supervision will be maintained.

THE PROBATION OFFICER: Did you impose supervised release?

THE COURT: I need to make sure it's understood she's on supervised release for one year.

MR. TODD: May I approach, Your Honor?

THE COURT: Certainly.

You can appeal if you believe there's something really wrong with your conviction or the sentence, but you do need to move quickly. A defendant usually only has 14 days from the date that the judgment goes on the docket. If you cannot afford the cost of an appeal, you can apply for permission to appeal for free. And if you request, the clerk will fill out the appeal paperwork for you.

Any questions?

THE DEFENDANT:  No.

THE COURT:  Good luck.  Thank you.

(Concluded at 2:45 p.m.)

- - -

**C E R T I F I C A T E**

I certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.

/s/ Tracy L. McGurk_____                    ___2/8/2019___
Tracy L. McGurk, RMR, CRR                          Date

**$**

$100,000 [1] - 4:1
$25 [2] - 4:3, 12:14
$250 [1] - 12:11
$500 [1] - 4:2
$9,500 [1] - 4:3

**/**

/s [1] - 14:12

**1**

11 [1] - 7:23
14 [1] - 13:21
150 [1] - 1:16
18 [1] - 12:2

**2**

2/8/2019 [1] - 14:12
2008 [1] - 2:19
2016 [2] - 2:23, 3:9
2017 [1] - 3:4
2019 [1] - 1:5
25 [2] - 11:19, 12:4
27601 [1] - 1:14
27611-5967 [1] - 1:17
28560 [1] - 1:19
2:28 [1] - 2:1
2:45 [1] - 14:4

**3**

310 [1] - 1:13
3553 [1] - 12:3
392-6626 [1] - 1:20

**4**

4 [1] - 3:22
413 [1] - 1:19
419 [1] - 1:20
450 [1] - 1:16

**5**

5:18-cr-298-FL-2 [1] - 1:4
5K [1] - 4:7

**6**

60-day [1] - 13:2

**7**

7 [1] - 1:5

**8**

800 [1] - 1:13
856-4236 [1] - 1:17
856-4500 [1] - 1:14

**9**

919 [2] - 1:14, 1:17

**A**

abetted [1] - 2:10
able [3] - 9:15, 9:16, 10:8
above-entitled [1] - 14:9
abusing [1] - 5:15
access [1] - 5:20
acknowledge [1] - 9:9
acting [1] - 5:19
actions [2] - 9:6, 9:20
additional [1] - 10:9
address [1] - 10:2
administrative [1] - 9:14
admitted [1] - 4:16
advice [3] - 3:8, 3:23, 11:25
advised [1] - 3:12
afford [1] - 13:22
agents [1] - 9:20
agreement [1] - 4:9
aid [1] - 3:8
aided [1] - 2:9
alarming [1] - 7:5
alien [1] - 2:10
aliens [1] - 10:15
ALLEN [1] - 1:7
allowed [3] - 8:10, 11:7, 13:4
AMERICA [1] - 1:4
amount [1] - 12:5
answer [2] - 6:8, 8:9
appeal [4] - 13:18, 13:23, 13:24
APPEARANCES [1] - 1:11
appeared [1] - 5:7
application [2] - 2:19, 2:24
applied [1] - 2:18
apply [1] - 13:23
approach [1] - 13:16
appropriate [3] - 6:2, 10:2, 12:5
aside [1] - 2:12
assessment [2] - 4:3, 12:14
assigned [2] - 8:20, 9:4

assistance [1] - 4:8
assisted [1] - 3:15
assumed [1] - 8:8
assumption [3] - 7:9, 7:13, 7:15
Attorneys' [1] - 1:12
authority [1] - 5:20
Avenue [1] - 1:13
aware [1] - 7:13

**B**

background [1] - 3:19
based [4] - 4:8, 4:12, 5:24, 8:16
BEFORE [1] - 1:10
behavior [1] - 3:25
Bern [3] - 1:5, 1:13, 1:19
better [3] - 6:22, 9:25, 10:5
between [3] - 3:24, 4:2, 10:3
biggest [1] - 8:25
billboards [1] - 9:1
blank [6] - 3:2, 4:19, 4:20, 5:4, 7:2
Board [5] - 4:11, 5:10, 5:12, 5:25, 10:25
boldest [1] - 9:1
bottom [1] - 11:20
box [4] - 4:18, 5:6, 6:2, 8:13
boyfriend [1] - 4:17
break [1] - 12:15
bringing [1] - 6:1
brought [1] - 4:17

**C**

candidate [1] - 12:21
cannot [2] - 7:15, 13:22
card [3] - 4:21, 7:15, 10:4
care [1] - 10:8
CAROLINA [1] - 1:1
Carolina [2] - 1:5, 2:24
case [8] - 4:5, 4:16, 8:2, 8:15, 9:3, 9:6, 11:11, 12:12
category [1] - 3:18
certain [1] - 8:2
certainly [2] - 12:20, 13:17
certify [1] - 14:8
chairs [1] - 8:23
challenge [1] - 7:23
charged [1] - 5:22
checked [7] - 5:6, 5:7, 6:25, 7:2, 7:4, 8:13, 11:15
checking [1] - 6:1
citizen [8] - 2:17, 3:1, 3:14, 4:18, 4:19, 5:19, 7:24, 10:17
citizenship [2] - 7:21, 8:1

clerk [1] - 13:24
client [4] - 10:11, 11:22, 12:15, 13:9
clients [1] - 10:3
Code [1] - 12:2
cognizant [1] - 12:3
collect [1] - 13:8
Commenced [1] - 2:1
completed [1] - 3:7
completing [2] - 3:15, 5:3
conceded [1] - 10:8
concern [1] - 6:14
concerning [1] - 7:5
Concluded [1] - 14:4
conditions [1] - 13:9
conduct [3] - 2:15, 6:20, 12:9
conflict [1] - 6:15
consider [3] - 10:1, 12:20, 12:23
considered [1] - 11:25
contact [1] - 3:16
continue [3] - 5:3, 9:16, 11:23
conviction [1] - 13:19
cooperation [1] - 6:14
copy [1] - 7:20
correct [1] - 14:8
cost [1] - 13:22
country [1] - 2:18
COURT [28] - 1:1, 2:2, 2:6, 2:9, 2:12, 2:15, 2:22, 3:7, 5:11, 5:14, 5:22, 6:3, 6:6, 6:10, 7:7, 7:10, 9:7, 10:11, 11:6, 11:22, 11:25, 12:21, 13:1, 13:4, 13:7, 13:14, 13:17, 14:3
Court [1] - 1:18
Court's [1] - 12:17
credibility [1] - 11:15
criminal [1] - 3:17
CRR [2] - 1:18, 14:13
culpability [1] - 10:9

**D**

date [2] - 5:18, 13:21
Date [1] - 14:13
dated [1] - 2:23
daughter [1] - 9:10
days [2] - 13:4, 13:21
days' [1] - 12:22
deal [2] - 8:24
debriefed [1] - 4:9
debriefing [1] - 9:19
declined [1] - 2:20
defendant [2] - 7:3, 13:20
DEFENDANT [8] - 2:4, 2:7, 2:11, 2:14, 2:21, 3:6, 10:13,

14:2
**Defendant** [2] - 1:8, 1:15
**defendant's** [1] - 4:8
**Defender** [1] - 1:15
**definitely** [1] - 11:1
**DENSLO** [1] - 1:7
**Denslo** [3] - 2:3, 2:7
**departure** [1] - 4:7
**desk** [5] - 4:14, 4:22, 8:9, 8:21, 10:21
**desks** [2] - 8:5
**determined** [1] - 2:16
**discourage** [1] - 12:8
**distinction** [1] - 10:3
**DISTRICT** [3] - 1:1, 1:1, 1:10
**DIVISION** [1] - 1:2
**docket** [1] - 13:22
**Docket** [1] - 1:4
**done** [1] - 10:23
**down** [1] - 10:18
**downward** [1] - 4:7
**drugs** [1] - 12:16
**due** [1] - 12:12
**duty** [1] - 5:23

### E

**EASTERN** [1] - 1:1
**economic** [1] - 9:25
**educate** [1] - 8:16
**education** [1] - 3:20
**Election** [1] - 7:18
**election** [1] - 3:9
**Elections** [2] - 4:11, 11:1
**elections** [1] - 10:16
**employed** [1] - 5:9
**employees** [1] - 8:6
**employment** [1] - 3:20
**end** [2] - 6:17, 7:22
**enforcement** [1] - 3:4
**entitled** [1] - 14:9
**Espinosa** [6] - 2:16, 4:17, 4:21, 4:24, 7:3, 8:3
**Espinosa-Pena** [1] - 2:16
**experience** [2] - 5:25, 9:21
**explained** [2] - 4:10, 9:20
**extensive** [1] - 9:19

### F

**face** [1] - 3:24
**fact** [3] - 4:25, 7:1, 7:5
**factors** [1] - 12:2
**factual** [1] - 5:17
**failure** [3] - 7:17, 8:16, 9:2
**family** [1] - 3:19
**favorable** [1] - 3:18

**Fayetteville** [1] - 1:16
**February** [1] - 1:5
**Federal** [1] - 1:15
**file** [1] - 4:7
**fill** [1] - 13:24
**fine** [6] - 4:1, 10:1, 10:8, 12:11, 12:12, 12:13
**first** [4] - 2:7, 3:9, 3:16, 4:6
**FLANAGAN** [1] - 1:10
**foregoing** [1] - 14:8
**form** [9] - 2:24, 4:23, 5:2, 5:3, 5:5, 5:8, 6:1, 6:25, 11:15
**forth** [1] - 12:2
**forthcoming** [1] - 8:18
**forward** [1] - 13:8
**fraud** [1] - 8:15
**free** [1] - 13:23
**full** [1] - 8:6
**full-time** [1] - 8:6

### G

**general** [1] - 3:9
**General** [1] - 7:18
**generally** [1] - 12:1
**generously** [1] - 6:21
**given** [1] - 3:19
**Government's** [2] - 11:6, 12:3
**granddaughters** [1] - 9:10
**grant** [1] - 11:16
**greater** [1] - 12:8
**green** [2] - 4:21, 10:4
**guideline** [1] - 12:6
**guidelines** [2] - 4:2, 12:1

### H

**handicapped** [1] - 8:24
**handles** [1] - 8:22
**hanging** [1] - 9:1
**hard** [1] - 9:13
**headquarters** [1] - 11:1
**health** [1] - 3:20
**heard** [5] - 3:13, 6:4, 9:7, 10:12
**HEARING** [1] - 1:9
**help** [8] - 4:14, 4:22, 8:4, 8:5, 8:8, 8:20, 10:21, 10:22
**helped** [1] - 4:12
**helpful** [2] - 6:18, 11:13
**higher** [1] - 5:23
**highly** [1] - 7:5
**history** [1] - 3:20
**holders** [1] - 10:4
**home** [1] - 9:15
**Homeland** [1] - 5:6

**honest** [1] - 6:21
**Honor** [12] - 4:6, 7:8, 9:6, 9:17, 10:1, 10:3, 10:10, 11:21, 11:24, 12:20, 13:6, 13:16
**HONORABLE** [1] - 1:10

### I

**illegal** [2] - 6:6, 10:7
**illegally** [1] - 12:16
**immediately** [1] - 12:12
**important** [1] - 5:1
**impose** [2] - 12:11, 13:12
**imprisonment** [1] - 12:7
**inadequate** [1] - 9:3
**individual** [1] - 11:9
**information** [3] - 6:17, 11:10, 11:11
**inner** [1] - 4:10
**insight** [1] - 11:8
**integrity** [1] - 12:10
**intentional** [1] - 8:15
**interest** [1] - 12:13
**interrupt** [1] - 11:23
**interviewed** [1] - 3:3
**involvement** [1] - 5:23
**issue** [2] - 8:2, 8:25

### J

**James** [1] - 1:16
**jobs** [2] - 9:14
**Jr** [1] - 1:16
**JUDGE** [1] - 1:10
**judgment** [2] - 12:17, 13:21
**justice** [1] - 3:17

### K

**KIELMANOVICH** [8] - 4:6, 5:13, 5:17, 5:24, 6:5, 6:7, 6:12, 11:18
**Kielmanovich** [4] - 1:13, 4:4, 7:20, 9:19
**Kielmanovich's** [1] - 8:12
**kind** [1] - 6:18
**knowingly** [1] - 10:6
**knowledge** [1] - 6:16
**known** [2] - 6:22, 10:5
**knows** [2] - 6:6, 6:7

### L

**law** [3] - 3:4, 12:9, 12:15
**lawful** [1] - 8:14
**learn** [2] - 4:12, 6:19

**left** [4] - 3:2, 4:18, 5:3, 7:2
**legal** [4] - 2:18, 7:14, 7:16, 10:15
**level** [1] - 3:22
**life** [1] - 9:13
**line** [1] - 10:22
**logistics** [1] - 8:22
**looking** [2] - 6:13, 11:10
**LOUISE** [1] - 1:10
**luck** [1] - 14:3

### M

**maintained** [1] - 13:11
**man** [1] - 2:25
**Manual** [1] - 7:18
**manual** [1] - 8:22
**Mart** [2] - 9:12, 9:15
**matter** [2] - 7:21, 14:10
**McGurk** [3] - 1:18, 14:12, 14:13
**mean** [1] - 6:14
**measure** [1] - 10:9
**mechanical** [1] - 1:22
**meeting** [1] - 4:10
**mention** [1] - 7:20
**Mexico** [1] - 2:17
**middle** [1] - 12:5
**Middle** [1] - 1:19
**mind** [1] - 6:15
**mistake** [4] - 8:15, 8:16, 9:22, 11:3
**mistakenly** [1] - 10:4
**months** [4] - 3:24, 12:6, 12:25, 13:1
**most** [1] - 5:1
**motion** [3] - 4:7, 11:6, 11:16
**move** [1] - 13:20
**MR** [16] - 4:6, 5:13, 5:17, 5:24, 6:5, 6:7, 6:12, 7:8, 7:11, 9:9, 11:18, 11:24, 12:19, 12:23, 13:2, 13:16
**must** [1] - 6:4

### N

**name** [2] - 2:6, 2:8
**named** [1] - 2:16
**national** [1] - 2:17
**naturalization** [1] - 2:19
**NC** [3] - 1:14, 1:17, 1:19
**necessary** [1] - 12:8
**need** [3] - 3:13, 13:14, 13:20
**never** [3] - 9:22, 10:16, 11:4
**New** [3] - 1:5, 1:13, 1:19
**none** [1] - 10:23

**nonetheless** [1] - 4:23
**normal** [1] - 5:21
**NORTH** [1] - 1:1
**North** [2] - 1:5, 2:23
**notereading** [1] - 1:23
**nothing** [1] - 10:23
**number** [1] - 5:1

## O

**obviously** [2] - 9:18, 9:22
**OF** [3] - 1:1, 1:4, 1:9
**offense** [2] - 2:15, 3:22
**office** [1] - 13:5
**Office** [1] - 1:12
**OFFICER** [2] - 13:6, 13:12
**once** [5] - 2:22, 7:8, 7:25, 8:12
**one** [4] - 5:1, 7:20, 7:23, 13:15
**ones** [1] - 8:6
**ongoing** [1] - 7:6
**opportunity** [1] - 6:18
**option** [1] - 5:8
**order** [1] - 13:8
**own** [1] - 8:12

## P

**p.m** [2] - 2:1, 14:4
**paid** [2] - 3:12, 7:10
**PAIGE** [1] - 1:7
**Paige** [7] - 2:2, 2:3, 8:2, 8:8, 8:18, 9:12, 10:4
**paperwork** [1] - 13:25
**part** [2] - 9:12, 11:3
**part-time** [1] - 9:12
**particular** [2] - 4:16, 6:19
**patterns** [1] - 11:11
**Pena** [1] - 2:16
**people** [4] - 8:5, 8:17, 9:4, 11:12
**percent** [2] - 11:19, 12:4
**perhaps** [1] - 10:7
**permanent** [3] - 2:18, 7:14, 8:14
**permission** [1] - 13:23
**person** [6] - 4:15, 4:23, 5:21, 7:4, 7:16, 8:13
**perspective** [1] - 4:11
**place** [1] - 8:1
**placed** [1] - 5:15
**places** [2] - 8:4, 9:5
**Plaintiff** [1] - 1:5
**Plaintiffs** [1] - 1:12
**plea** [1] - 4:9
**point** [1] - 7:25
**poll** [5] - 3:11, 7:9, 7:19,

8:19, 9:21
**polling** [3] - 4:14, 8:1, 9:5
**position** [2] - 5:14, 5:16
**possess** [1] - 12:15
**practices** [1] - 11:11
**preparation** [1] - 9:4
**present** [2] - 3:5, 4:22
**presents** [1] - 7:14
**previously** [1] - 3:11
**prime** [1] - 8:2
**print** [1] - 7:23
**prison** [1] - 3:25
**private** [2] - 5:19, 5:21
**probation** [1] - 13:5
**PROBATION** [2] - 13:6, 13:12
**Proceedings** [1] - 1:22
**proceedings** [1] - 14:9
**process** [1] - 4:13
**processed** [3] - 4:24, 5:4, 6:20
**processes** [2] - 4:15, 12:10
**processing** [1] - 8:17
**produced** [1] - 1:23
**promote** [1] - 12:9
**pronounce** [1] - 2:6
**pronunciation** [1] - 2:4
**properly** [1] - 8:16
**protect** [1] - 12:9
**Public** [1] - 1:15
**purchase** [1] - 9:15
**pursuant** [1] - 4:8
**put** [5] - 6:21, 8:23, 11:20, 12:13

## Q

**questions** [2] - 8:7, 14:1
**quickly** [1] - 13:20

## R

**Raleigh** [2] - 1:14, 1:17
**range** [2] - 4:2, 12:6
**rather** [1] - 12:25
**really** [2] - 4:13, 13:19
**reason** [1] - 10:14
**Reasons** [1] - 7:22
**receive** [1] - 3:23
**recites** [1] - 2:15
**recognize** [1] - 11:13
**recommend** [1] - 11:19
**record** [2] - 11:20, 14:9
**recorded** [1] - 1:22
**registered** [2] - 4:24, 6:24
**registration** [4] - 2:24, 3:8, 3:15, 4:13
**registrations** [1] - 4:15

**release** [2] - 13:13, 13:15
**reliance** [1] - 11:14
**report** [1] - 12:20
**Reporter** [1] - 1:18
**request** [1] - 13:24
**requirement** [1] - 9:1
**residence** [1] - 3:4
**resident** [3] - 2:18, 7:14, 8:14
**residing** [1] - 2:17
**respect** [1] - 12:9
**respects** [1] - 6:12
**response** [1] - 9:5
**responsibilities** [1] - 8:19
**responsibility** [1] - 10:21
**retrieved** [1] - 5:5
**review** [1] - 7:6
**reviewed** [1] - 3:21
**RMR** [2] - 1:18, 14:13

## S

**saw** [1] - 4:23
**scenario** [1] - 5:18
**seasonal** [2] - 3:11, 7:12
**Sebastian** [1] - 1:13
**secretarial** [1] - 9:14
**Section** [1] - 12:2
**Security** [1] - 5:6
**see** [2] - 6:23, 10:19
**seem** [1] - 11:14
**sees** [1] - 10:3
**self** [2] - 12:20, 13:3
**self-report** [1] - 12:20
**self-surrender** [1] - 13:3
**sent** [1] - 7:19
**sentence** [7] - 2:13, 3:23, 9:8, 9:24, 12:6, 12:7, 13:20
**Sentencing** [1] - 1:6
**SENTENCING** [1] - 1:9
**served** [1] - 12:24
**set** [2] - 2:12, 12:2
**shocking** [1] - 4:25
**signed** [1] - 2:23
**similar** [1] - 9:24
**simple** [1] - 4:13
**simply** [1] - 11:10
**situation** [1] - 9:25
**six** [2] - 3:24, 11:19
**Sixty** [1] - 12:22
**sixty** [1] - 13:4
**small** [1] - 7:23
**Soifils** [1] - 9:25
**someone** [3] - 2:16, 5:15, 7:14
**sorry** [2] - 10:13, 11:3
**special** [2] - 4:3, 12:14
**specifically** [1] - 12:1

**St** [2] - 1:16, 1:19
**start** [1] - 12:5
**statement** [3] - 3:10, 7:1, 8:13
**statements** [1] - 6:13
**STATES** [3] - 1:1, 1:4, 1:10
**States** [4] - 1:12, 3:2, 3:14, 12:2
**station** [2] - 4:14, 8:17
**stenography** [1] - 1:22
**stipend** [2] - 3:12, 7:11
**straight** [2] - 12:25, 13:1
**subject** [1] - 7:6
**submitted** [1] - 5:8
**substantial** [1] - 4:8
**substantive** [2] - 7:21, 8:25
**sufficient** [1] - 12:7
**suggest** [1] - 4:2
**suggestion** [1] - 12:3
**Suite** [2] - 1:13, 1:16
**supervised** [3] - 3:25, 13:13, 13:15
**supervision** [1] - 13:10
**supposed** [1] - 10:22
**surrender** [2] - 13:3, 13:8
**system** [2] - 3:17, 9:3

## T

**tables** [1] - 8:24
**terms** [3] - 4:9, 8:18, 13:10
**thankfully** [1] - 9:13
**THE** [38] - 1:10, 2:2, 2:4, 2:6, 2:7, 2:9, 2:11, 2:12, 2:14, 2:15, 2:21, 2:22, 3:6, 3:7, 5:11, 5:14, 5:22, 6:3, 6:6, 6:10, 7:7, 7:10, 9:7, 10:11, 10:13, 11:6, 11:22, 11:25, 12:21, 13:1, 13:4, 13:6, 13:7, 13:12, 13:14, 13:17, 14:2, 14:3
**third** [1] - 7:4
**three** [1] - 3:25
**TODD** [8] - 7:8, 7:11, 9:9, 11:24, 12:19, 12:23, 13:2, 13:16
**Todd** [3] - 1:16, 7:7, 13:7
**together** [1] - 9:18
**total** [1] - 3:22
**Tracy** [3] - 1:18, 14:12, 14:13
**train** [1] - 8:16
**training** [3] - 7:17, 9:3, 10:15
**transaction** [1] - 6:19
**TRANSCRIPT** [1] - 1:9
**transcript** [2] - 1:23, 14:8
**true** [1] - 7:2
**truly** [1] - 10:17

**trust** [1] - 5:15
**trying** [1] - 6:22
**twice** [1] - 2:22
**two** [4] - 9:10, 12:6, 12:25, 13:1
**type** [1] - 12:8

## U

**U.S** [4] - 4:18, 4:19, 7:20, 10:17
**under** [1] - 13:9
**understood** [1] - 13:15
**unique** [1] - 11:10
**UNITED** [3] - 1:1, 1:4, 1:10
**United** [4] - 1:12, 3:2, 3:14, 12:2
**unprotected** [1] - 3:10
**up** [2] - 2:2, 3:24

## V

**views** [1] - 4:5
**violation** [1] - 12:17
**voice** [1] - 3:13
**volunteer** [4] - 3:11, 7:9, 7:19, 9:21
**volunteering** [1] - 5:9
**volunteers** [1] - 11:9
**vote** [12] - 3:13, 4:24, 6:4, 7:15, 7:16, 8:3, 8:10, 8:14, 10:4, 10:16, 10:19
**voted** [2] - 3:8, 4:25
**voter** [4] - 2:24, 3:8, 4:15, 7:22
**voting** [2] - 2:10, 12:10

## W

**Wal** [2] - 9:12, 9:15
**Wal-Mart** [2] - 9:12, 9:15
**wants** [3] - 6:3, 6:4, 9:16
**weapon** [1] - 12:16
**weekends** [1] - 12:24
**WESTERN** [1] - 1:2
**whole** [1] - 9:13
**wish** [1] - 10:11
**WOOD** [1] - 1:10
**worker** [4] - 3:11, 7:9, 8:19, 9:21
**workers** [1] - 7:19
**workings** [1] - 4:11
**works** [1] - 4:13

## Y

**year** [2] - 3:24, 13:15

**years** [1] - 4:1
**yourself** [1] - 3:17

## Z

**zero** [3] - 3:24, 11:18, 11:19